UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2008 DEC -2 P 4: 54
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____ DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:08-CR-_175_ |
| | ) JUDGE _Phillips - Shirley_ |
| CLARK ALAN ROBERTS, and | ) |
| SEAN EDWARD HOWLEY | ) |

## MOTION TO SEAL INDICTMENT

Comes the United States of America, by its counsel, D. Gregory Weddle, Assistant United States Attorney, for the Eastern District of Tennessee, hereby moves to seal the indictment in this matter until such time as the defendant has made an appearance before this Court.

Respectfully submitted,

JAMES R. DEDRICK
UNITED STATES ATTORNEY

By: _/s/ D. Gregory Weddle_
D. Gregory Weddle
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167