UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2008 DEC -2 P 4: 54

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____DEPT. CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:08-CR-175 |
| v. | ) | JUDGE Phillips-Shirley |
| | ) | |
| CLARK ALAN ROBERTS, and | ) | |
| SEAN EDWARD HOWLEY | ) | |

### SEALING ORDER

For good cause shown, the Court finds that it is proper to Order that the Indictment be sealed pending the further Order of this Court or another Court of competent jurisdiction.

It is further ordered that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER: **2nd** day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE