UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2009 MAR -3 P 1:36

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 3:08-CR-175 |
| ) | JUDGE PHILLIPS/ SHIRLEY |
| CLARK ALAN ROBERTS, ) | |
| ) | |
| and ) | |
| ) | |
| SEAN EDWARD HOWLEY ) | |

## MOTION TO SEAL SUPERSEDING INDICTMENT

Comes the United States of America, by its counsel, D. Gregory Weddle, Assistant United States Attorney, for the Eastern District of Tennessee, to move that the superseding indictment in this matter be sealed. The defendants are not in custody. The United States seeks an arrest warrant authorizing the arrest of the defendants. So that the defendants are not apprised in advance of their pending arrest, it is respectfully requested that the court seal the superseding indictment in this case until such time as the defendants are arrested and this court orders the superseding indictment unsealed.

Respectfully submitted,

JAMES R. DEDRICK
UNITED STATES ATTORNEY

By: /s/ D. Gregory Weddle
D. Gregory Weddle
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167