UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CR-175 |
| | ) | (PHILLIPS/SHIRLEY) |
| CLARK ALAN ROBERTS and | ) | |
| SEAN EDWARD HOWLEY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on defendant Sean Edward Howley's Motion for Permission to File Motion to Suppress the Search Under Seal. [Doc. 21] The defendant moves the Court to grant him leave to file under seal his motion to suppress. As grounds, the defendant states that, because of trade secret reasons, the affidavit in support of the search warrant remains under seal. Thus, defendant argues, if he wishes to cite the affidavit, his motion to suppress must also be filed under seal. For good cause shown at this time, the defendant's motion **[Doc. 21]** is hereby **GRANTED**. The Clerk of the Court is **DIRECTED** to file the defendant's Motion to Suppress the Search under seal.

    **IT IS SO ORDERED.**

                                      ENTER:

                                             s/ C. Clifford Shirley, Jr.
                                            United States Magistrate Judge