UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:08-CR-175 |
| ) | (Phillips) |
| CLARK ALAN ROBERTS ) | |

### ORDER

This matter is before the court on the defendant's motion to adopt his co-defendant's submission of additional authority in support of his motion for downward departure and/or variance [Doc. 168]. For the good cause stated, the motion is **GRANTED**.

**IT IS SO ORDERED.**

**ENTER:**

　　　s/ Thomas W. Phillips　　　
United States District Judge